IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELISHA RODGERS,<br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL AND SOCIAL<br>SECURITY ADMINISTRATION,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO.  18-1529 |

# O R D E R

**AND NOW**, this 29th day of March, 2019, upon consideration of the Plaintiff's Request for Review and the Defendant's response thereto, after careful review of the Report and Recommendation (R&R) of the United States Magistrate Jacob P. Hart, and Plaintiff not having filed any objections to the R&R, **IT IS ORDERED** that:

1. The Claimant's Request for Review is **GRANTED IN PART**: and

2. The matter is remanded for a consultative mental health examination

                                    **BY THE COURT:**

                                    **/s/ Wendy Beetlestone**

                                    _____

                                    **WENDY BEETLESTONE, J.**